No. 72–5076.  ESKRIDGE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–5081.  GRIFFITH *v.* GOVERNMENT OF THE CANAL ZONE.  C. A. 5th Cir.  Certiorari denied.

No. 72–5083.  BRADLEY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–5084.  PEEL ET AL. *v.* NICHLOS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 72–5086.  CRUTCH, AKA JENKINS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–5088.  WALKER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–5093.  GAINES *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–5097.  RICHERSON *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 72–5098.  VERDUZCO-MACIAS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–5101.  SERZYSKO *v.* CHASE MANHATTAN BANK.  C. A. 2d Cir.  Certiorari denied.

No. 72–5105.  HARKINS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–5106.  SMITH *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.